An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: CODY S., A MINOR,

No. 68846

CODY S.,
    Petitioner,
    vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE WILLIAM O. VOY, DISTRICT JUDGE,
    Respondents,
    and
THE STATE OF NEVADA,
    Real Party in Interest.

**FILED**

SEP 2 4 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION AND MOTION FOR STAY

Having reviewed the emergency petition and the documents submitted in support, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. Petitioner has an adequate remedy at law in the form of an expedited appeal and may seek a stay in that proceeding. Accordingly, we deny the petition.

It is so ORDERED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]We deny as moot petitioner's emergency motion for stay.

15-28961

cc: Hon. William O. Voy, District Judge, Family Court Division
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk